**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 110 MAL 2018

                      Respondent   :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court

                v.                 :

                                 :

IRA L. FISHER, III,                 :

                                 :

                   Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.